

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:    In re Texas Technical Services, Inc.

Appellate case number:    01-15-00016-CV

Trial court case number:    2014-16785

Trial court:    133rd District Court of Harris County

On January 8, 2015, Relator, Texas Technical Services, Inc. filed a Motion for Emergency Stay Pending Mandamus. The motion is **GRANTED**. All trial court proceedings, including depositions, are stayed pending resolution of the petition for writ of mandamus.

The Court **REQUESTS** a response to the petition for writ of mandamus from Real Party in Interest, Parking Guidance Systems, LLC. The response, if any, is due by January 20, 2015.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                    ☑ Acting individually    ☐ Acting for the Court

Date: January 9, 2015